IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA MILLARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| YASSEN ASSOCIATES, LLC, et al. | : | NO. 22-694 |

## **ORDER**

**AND NOW**, this 21st day of November, 2022, upon consideration of Defendants' "Motion to Dismiss Plaintiff's Amended Complaint" (Docket No. 4) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.