# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

VICTORIA MILLARD
        *Plaintiff,*

vs.

Yassen Associates, LLC,
Z Brow Bar, LLC,
Sadaf Naqvi, Syed Naqvi,
Fatima Nakvi
        *Defendants*

**Docket No.: 2:22-cv-00694**

## STIPULATION OF DISMISSAL

The matter in difference in the above captioned matter is hereby stipulated and agreed to be dismissed against the **Defendants, Yassen Associates, LLC, Z Brow Bar, LLC, Sadaf Naqvi, Syed Naqvi and Fatima Nakvi,** without prejudice.

        Law Offices of
        **KAMENSKY COHEN & RIECHELSON**

        */s/ Kevin Riechelson*
        KEVIN S. RIECHELSON, ESQUIRE
        Attorney I.D.: 58960
        194 S. Broad Street
        Trenton, NJ 08608
        (609) 394-8585/609-394-8620 (fax)
        kriechelson@kcrlawfirm.com
        Attorneys for Plaintiff

Dated: May 17, 2023